**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| Mary Boyer, | ) | Case No. 3:23-cv-314 |
| | ) | |
| Plaintiff, | ) | Judge Jeffrey J. Helmick |
| | ) | |
| v. | ) | |
| | ) | |
| ProMedica Health System, Inc. et. al, | ) | So Ordered. |
| | ) | |
| Defendants. | ) | s/ Jeffrey J. Helmick |
| | ) | United States District Judge |
| | ) | |

**STIPULATED DISMISSAL OF CLAIMS *WITH PREJUDICE***

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Mary Boyer and Defendants ProMedica Health System, Inc. and HCR ManorCare, Inc. dba ProMedica Senior Care, hereby jointly stipulate and agree to the dismissal of this case with prejudice, subject to the continuing jurisdiction of this court to enforce its terms. The Parties have executed a resolution of their claims. Each party shall bear its own costs.

Respectfully submitted,

**BRYANT LEGAL, LLC**

/s/ Matthew B. Bryant
Matthew B. Bryant (0085991)
Esther E. Bryant (0096629)
3450 W Central Ave., Suite 370
Toledo, Ohio 43606
Telephone: (419) 824-4439
Fax: (419) 932-6719
Email: mbryant@bryantlegalllc.com
　　　ebryant@bryantlegalllc.com

Daniel I. Bryant (0090859)
4400 N. High St., Suite 310
Columbus, Ohio 43214
Phone: (614) 704-0546
Facsimile: (614) 573-9826

/s/ Meghan Anderson Roth (per email consent 11/13/23)
Meghan Anderson Roth (0082165)
**MARSHALL & MELHORN, LLC**
Four SeaGate, 8th Floor
Toledo, Ohio 43604
(419) 249-7100
FAX (419) 249-7151
roth@marshall-melhorn.com

*Counsel for Defendants*

Email: dbryant@bryantlegalllc.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of November, 2023, a copy of the foregoing Joint Motion was filed electronically on the Court's CM/ECF system. Notice of this filing will be sent to all counsel of record for viewing via the Court's ECF system.

*/s/ Matthew B. Bryant*
Matthew B. Bryant (0085991)